FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN LYNN CLOUD,<br><br>Defendant. | No. 1:25-CR-02010-MKD-1<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT AND DIRECTING RELEASE<br><br>***USMS ACTION REQUIRED***<br><br>**ECF No. 112** |

Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 112. The United States moves the Court to dismiss, without prejudice, the Indictment, ECF No. 1, on the basis that dismissal is warranted following the Court's order granting Defendant's motion to suppress evidence. ECF No. 112 at 2. The Court has reviewed the motion and the record and is fully informed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Indictment, **ECF No. 112**, is **GRANTED**.

2. The Indictment, **ECF No. 1**, is **DISMISSED without prejudice**.

ORDER – 1

3.    Defendant shall be immediately **RELEASED** from custody in this matter.

4.    Defendant's Motion in Limine, **ECF No. 85**, is **DENIED as moot**.

5.    Defendant's Motion in Limine, **ECF No. 90**, is **DENIED as moot**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to all counsel, the United States Probation/Pretrial Services Office, and the United States Marshal's Service, and **CLOSE** the file.

**DATED** June 18, 2026.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 2